## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE


| | | |
|---|---|---|
| **BEST DEVELOPMENT & CONSTRUCTION** | ) | |
| **CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **3:05-cv-251** |
| **v.** | ) | |
| | ) | |
| **AMSOUTH BANK,** | ) | |
| **Defendant.** | ) | |


<u>**O R D E R**</u>

This matter is before the court on the report and recommendation filed by United

States Magistrate Judge H. Bruce Guyton [ECF # 20].  No objections have been filed by

the parties.  After a careful review of this matter, the court is in complete agreement with

the magistrate judge's recommendation that the plaintiff's motion for leave to file an

amended complaint [ECF # 10] should be granted, that the defendant should be given

leave to file an amended notice of removal to state with specificity that AmSouth is a

corporation which has been incorporated in Alabama, and that plaintiff's motion to

remand [ECF # 8] should be denied.  The court therefore **ACCEPTS IN WHOLE** the

report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  It is

**ORDERED**, for the reasons stated in the report and recommendation, which the court

adopts and incorporates into its ruling, that the plaintiff's motion for leave to file an

amended complaint [ECF # 10] is **GRANTED** and plaintiff's motion to remand [ECF # 8]

is **DENIED**.  AmSouth's motion to amend notice of removal of action [ECF # 21] is

**GRANTED**.


      **IT IS SO ORDERED.**

                    **ENTER:**


                    _____**s/Thomas W.  Phillips**_____
                    **UNITED STATES DISTRICT JUDGE**