IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BEST DEVELOPMENT & CONSTRUCTION CORPORATION,<br>　　Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | 3:05-cv-251 |
| AMSOUTH BANK,<br>　　Defendant. | )<br>)<br>) | |

## O R D E R

For the reasons provided in the memorandum opinion this day filed with the clerk, defendant's motion to dismiss [ECF # 5], to which plaintiff did not respond, is **GRANTED** and this case is **DISMISSED**.

**ENTER:**

　　　　　　s/Thomas W. Phillips
　　　　**UNITED STATES DISTRICT JUDGE**